**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OSHEA JENKINS, | ) | |
| | ) | No. 1:20-cv-03782 |
| Plaintiff, | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| REGAL CINEMAS, INC., | ) | Magistrate Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY
REGARDING DAMAGES AND DEFENDANT'S EFFORTS TO
COMPLY WITH THE ILLINOIS BIOMETRIC INFORMATION PRIVACY ACT**

# PLACEHOLDER FOR EXHIBIT 5
# TO BE FILED UNDER SEAL