# Theodore H. Kuyper

| | |
|---|---|
| **From:** | Larson, Anne E. <anne.larson@ogletree.com> |
| **Sent:** | Tuesday, August 6, 2024 11:15 PM |
| **To:** | Theodore H. Kuyper |
| **Cc:** | Keith J. Keogh; Sedaei, Sam |
| **Subject:** | Jenkins v. Regal - Notice of Rule 30(b)(6) Deposition of Regal [ODNSS-OGL.100843.000005] |
| | |
| **Importance:** | High |

Ted, Regal is in the process of reviewing your 8-page Rule 30(b)(6) Deposition Notice to determine what individual(s) will testify to the 12 identified topics. That will determine whether plaintiff's proposed September 24 date works and where the deposition will take place. I will contact you as soon as I know.

Likewise, Regal is working on your 5-page, single-spaced email re Regal's purported discovery deficiencies and will contact you when we are ready to discuss. Thank you, Anne.

**Anne E. Larson | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-1253
anne.larson@ogletree.com | www.ogletree.com | Bio

---

**From:** Theodore H. Kuyper <Tkuyper@Keoghlaw.com>
**Sent:** Wednesday, July 31, 2024 3:45 PM
**To:** Larson, Anne E. <Anne.Larson@ogletreedeakins.com>; Sedaei, Sam <sam.sedaei@ogletreedeakins.com>
**Cc:** Keith J. Keogh <keith@keoghlaw.com>
**Subject:** RE: Jenkins v. Regal - Notice of Rule 30(b)(6) Deposition of Regal
**Importance:** High

*[Caution: Email received from external source]*

Anne,

I'm following up on the below. Please promptly identify the city in which Regal's 30(b)(6) witness will be located so we can book a court reporter and location for the deposition.

Please also provide your availability to confer about the dep topics as required by Rule 30(b)(6).

    Thanks,
    Ted

Theodore H. Kuyper
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 374-3406 (Direct)

1

(312) 726-1092 (Main)
(312) 726-1093 (Fax)
www.KeoghLaw.com

PRIVILEGED COMMUNICATION

This email and any attachments may contain confidential material or other matters protected by privilege. Unless you are the addressee (or authorized by the addressee to receive this email for the addressee), you may not copy, use or distribute this email or any attachments. If you received this email in error, please contact the sender.

**From:** Theodore H. Kuyper
**Sent:** Thursday, July 25, 2024 5:58 PM
**To:** Larson, Anne E. <anne.larson@ogletree.com>; Sedaei, Sam <sam.sedaei@ogletreedeakins.com>
**Cc:** Keith J. Keogh <keith@keoghlaw.com>
**Subject:** Jenkins v. Regal - Notice of Rule 30(b)(6) Deposition of Regal

Dear Counsel,

Attached please find a 30(b)(6) notice for the deposition of Regal. Please promptly identify the city in which the witness(es) are located so we can schedule a court reporter.

    Sincerely,
    Ted Kuyper

Theodore H. Kuyper
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 374-3406 (Direct)
(312) 726-1092 (Main)
(312) 726-1093 (Fax)
www.KeoghLaw.com

PRIVILEGED COMMUNICATION

This email and any attachments may contain confidential material or other matters protected by privilege. Unless you are the addressee (or authorized by the addressee to receive this email for the addressee), you may not copy, use or distribute this email or any attachments. If you received this email in error, please contact the sender.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

This email has been scanned for spam and viruses. Click here to report this email as spam.